IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. 4:07-CR-00129-01-BRW

TONEY WALKER

## ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 51). The Clerk's office is directed to issue a summons for the defendant, Toney Walker, and a Hearing on the Motion is set for Friday, June 20, 2014 at 2:30 p.m., before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, **Courtroom #A401**, Little Rock, Arkansas. Latrece Gray, Assistant Federal Public Defender, is appointed to represent Mr. Walker.

IT IS SO ORDERED this 28th day of April, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE